No. 79–1248. MISSOURI v. WANDIX. Sup. Ct. Mo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 79–1306. CASTRO v. TERRITORY OF GUAM. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.

No. 79–6111. FORD v. FLORIDA. Sup. Ct. Fla.;
No. 79–6116. THOMAS v. FLORIDA. Sup. Ct. Fla.;
No. 79–6168. STAMPER v. VIRGINIA. Sup. Ct. Va.; and
No. 79–6187. TUCKER v. GEORGIA. Sup. Ct. Ga. Certiorari denied. Reported below: No. 79–6111, 374 So. 2d 496; No. 79–6116, 374 So. 2d 508; No. 79–6168, 220 Va. 260, 257 S. E. 2d 808; No. 79–6187, 244 Ga. 721, 261 S. E. 2d 635.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 78–1323. NORFOLK & WESTERN RAILWAY Co. v. LIEPELT, ADMINISTRATRIX, 444 U. S. 490;
No. 78–1335. VILLAGE OF SCHAUMBURG v. CITIZENS FOR A BETTER ENVIRONMENT ET AL., 444 U. S. 620;
No. 78–1871. SNEPP v. UNITED STATES, 444 U. S. 507;
No. 79–265. UNITED STATES v. SNEPP, 444 U. S. 507;
No. 79–579. ERWIN ET AL. v. UNITED STATES, 444 U. S. 1071; and
No. 79–830. VINSON v. UNITED STATES, 444 U. S. 1074. Petitions for rehearing denied.